Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTONLIFELOCK INC., SUSAN BARSAMIAN, ERIC K. BRANDT, FRANK E. DANGEARD, NORA DENZEL, PETER A. FELD, KENNETH HAO, EMILY HEATH, VINCENT PILETTE, and SHERRESE SMITH,<br><br>  Defendants. | Case No: 1:21-cv-05789-BMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Johnson hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: December 21, 2021                                  Respectfully submitted,

                                                                              **HALPER SADEH LLP**

                                                                              By: /s/ Daniel Sadeh
                                                                              Daniel Sadeh, Esq.
                                                                              667 Madison Avenue, 5th Floor
                                                                              New York, NY 10065
                                                                              Telephone: (212) 763-0060
                                                                              Facsimile: (646) 776-2600
                                                                              Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on December 21, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 21, 2021                               /s/ Daniel Sadeh
                                                                       Daniel Sadeh